**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MAURICE WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:07-CV-189 CAS |
| NATHANIEL BURKEMPER, EUGENE STUBBLEFIELD and SAMUEL SIMON, | ) |
| Defendants. | ) |

### ORDER OF PARTIAL DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims against defendants Stubblefield and Simon are **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __2nd__ day of March, 2007.