# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

MAURICE WILLIAMS,                              )
                                               )
       Plaintiff,                       )
                                               )
     v.                                     )       No. 4:07-CV-189 CAS
                                               )
NATHANIEL BURKEMPER, et al.,                   )
                                               )
       Defendants.                     )

## MEMORANDUM AND ORDER

This matter is before the Court on prisoner plaintiff Maurice Williams' "Motion For Leave of Court to Amend and Rescind Dismissal of Defendants Eugene Stubblefield and Sam Simon." [Doc. 8]. This motion will be denied without prejudice for the following reasons.

Rule 15(a) of the Federal Rules of Civil Procedure provides that a party may amend a pleading once as a matter of course before a responsive pleading is served. In this case, none of the defendants have filed an answer or other type of responsive pleading to the complaint. Therefore, plaintiff does not need leave of Court to file an amended complaint.

However, this Court does not allow amendments by interlineation or supplements to complaints. Plaintiff is warned that any amended complaint he files will supersede and completely replace the original complaint he filed in this action. Therefore, the amended complaint must assert all claims against all the defendants against whom plaintiff seeks relief -- including defendant Burkemper, and each defendant's name must be listed in the caption of the case. The Court further advises plaintiff that any amended complaint will be reviewed pursuant to 28 U.S.C. § 1915 and such

amended complaint may be dismissed in whole or in part.  Because plaintiff may file an amended complaint, the Court will not rescind its prior order dismissing defendants Stubblefield and Simon.

Accordingly,

**IT IS HEREBY ORDERED** that Williams' "Motion For Leave of Court to Amend and Rescind Dismissal of Defendants Eugene Stubblefield and Sam Simon" is **DENIED**, without prejudice.  [Doc. 8]

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  19th  day of March, 2007.