# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MAURICE WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:07-CV-189 CAS |
| NATHANIEL BURKEMPER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This prisoner civil rights matter is before the Court on plaintiff Maurice Williams' motion for a three-judge panel to initiate prisoner release pursuant to 18 U.S.C. § 3626(a)(3)(B). The motion is without merit and should therefore be denied.

Title 18 U.S.C. § 3626(a)(3)(A) states that,

In any civil action with respect to prison conditions, no court shall enter a prisoner release order unless--

> (I) a court has previously entered an order for less intrusive relief that has failed to remedy the deprivation of the Federal right sought to be remedied through the prisoner release order; and
>
> (ii) the defendant has had a reasonable amount of time to comply with the previous court orders.

18 U.S.C. § 3623(a)(3)(A).

Neither of the requirements of 18 U.S.C. § 3626(a)(3)(A) have been met in this matter. As a result, the Court is without authority to grant the requested relief.

Accordingly,

**IT IS HEREBY ORDERED** that Williams' motion for a three-judge panel to initiate prisoner release pursuant to 18 U.S.C. § 3626(a)(3)(B) is **DENIED**. [Doc. 9]

**IT IS FURTHER ORDERED** that Williams' alternative motion for an evidentiary hearing is **DENIED** as moot. [Doc. 9]

                                          **CHARLES A. SHAW**
                                          **UNITED STATES DISTRICT JUDGE**

Dated this  19th  day of March, 2007.