# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MAURICE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07-CV-189 CAS |
| ) | |
| NATHANIEL BURKEMPER, et al., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on prisoner plaintiff Maurice Williams' Motion for Default Judgment. This motion will be denied without prejudice for the following reasons.

Defendant was served on March 30, 2007. On April 19, 2007, defendant moved for an extension of time to file a responsive pleading. By Docket Text Order dated April 20, 2007, the Court granted defendant's motion for an extension of time to file his responsive pleading. Defendant's responsive pleading is due May 18, 2007. Plaintiff filed his motion for default judgment on May 10, 2007, prior to the time in which defendant was ordered to answer. Therefore, plaintiff's motion for default judgment is premature and should be denied without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for Default Judgment is **DENIED**, without prejudice. [Doc. 19]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 17th day of May, 2007.